**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                      Case No. 3:13-cv-344-J-34TEM

STACEY L. ALLEN,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas E. Morris' Report and Recommendation (Dkt. No. 10; Report), entered on May 29, 2013. In the Report, Magistrate Judge Morris recommends that Plaintiff's Motion for Entry of Default Judgment (Dkt. No. 9; Motion) be granted, and that the Clerk of the Court be directed to enter judgment in favor of Plaintiff. See Report at 5. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 10) of Magistrate Judge Morris is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Default Judgment (Dkt. No. 9) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff United States of America and against Defendant Stacey L. Allen in the following amounts:

    a. $2,289.32 in principal;

    b. $2,345.98 in prejudgment interest as of May 8, 2013;

    c. $558.53 in costs and administrative charges;

    d. Prejudgment interest accruing on the total principal amount at the rate of 5.01% per annum (or $0.31 per day) beginning on May 9, 2013, through the date judgment is entered; and

    e. Post-judgment interest accruing from the date the judgment is entered at the legal rate established by 28 U.S.C. § 1961.

4. The Clerk of the Court is further directed to terminate all deadlines and pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of June, 2013.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

The Honorable Thomas E. Morris
United States Magistrate Judge

Counsel of Record

Stacey L. Allen
5344 Julington Ridge Drive South
Jacksonville, FL 32258